ELEANOR RUPPERT, an Infant, by HENRY RUPPERT, Her Guardian ad Litem, et al., Respondents, *v.* BOARD OF EDUCATION, UNION FREE SCHOOLS, DISTRICT No. 16, TOWN OF HEMPSTEAD, Appellant.

Argued April 7, 1943; decided May 27, 1943.

*H. H. Brown* and *James E. Turner* for appellant.

*Samuel G. Rabinor* and *Bernard Myerson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.